UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:18-CR-17 |
| | ) | JUDGE JORDAN |
| CHRISTOPHER ALLEN REYNOLDS | ) | SEALED |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That CHRISTOPHER ALLEN REYNOLDS is now in the custody of the Carroll County Detention Center, at Hillsville, Virginia, pursuant to a lawful commitment.

II.

That there is pending against the defendant, CHRISTOPHER ALLEN REYNOLDS, in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, on April 19, 2018, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 10:00 a.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Carroll County Detention Center, at Hillsville, Virginia, commanding him to produce the said CHRISTOPHER ALLEN REYNOLDS before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly

authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said CHRISTOPHER ALLEN REYNOLDS into his custody and possession at said Carroll County Detention Center, at Hillsville, Virginia, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff, Carroll County Detention Center, at Hillsville, Virginia, as aforesaid.

Respectfully submitted, this the 9th day of February, 2018.

                              J. DOUGLAS OVERBEY
                              UNITED STATES ATTORNEY

                    By: *s/ J. Gregory Bowman*
                              J. GREGORY BOWMAN
                              ASSISTANT U.S. ATTORNEY