UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:18-CR-17 |
| | ) | JUDGE JORDAN |
| CHRISTOPHER ALLEN REYNOLDS | ) | SEALED |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO ANY AUTHORIZED REPRESENTATIVE
THEREOF - GREETINGS:

We command that you have the body of CHRISTOPHER ALLEN REYNOLDS who is currently in the custody of the Carroll County Detention Center, at Hillsville, Virginia, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on April 19, 2018, at 10:00 a.m., there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Sheriff, Carroll County Detention Center, at Hillsville, Virginia, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said CHRISTOPHER ALLEN REYNOLDS into his custody and possession at the said Carroll County Detention Center, at Hillsville, Virginia, and under safe and secure conduct to have him before the Judge of our said District Court at the time and place aforesaid for the purpose

aforesaid, and to return him to said Carroll County Detention Center, at Hillsville, Virginia, under safe and secure conduct and redeliver her to the Sheriff, Carroll County Detention Center, at Hillsville, Virginia.

DEBRA C. POPLIN, CLERK

By: _____
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this ____ day of _____, 20__

By: _____
United States Marshal/Deputy

**RETURNED:**

Un EXECUTED this 5 day of March, 2018

By: _____
United States Marshal/Deputy

**SENTENCED STATE PRISONER:** Yes: _____ No: _____

Fell to USMS Detainer on 3/5/18.