UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 2:18-CR-17 |
| | ) | |
| SAMUEL ALOISIO, et al | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Various defendants have filed Motions to Continue [Docs. 418, 427, 433, and 436]. Others filed Motions to Adopt the Motions to Continue [Docs. 420, 428, 429, 439, and 441]. In their motions, defendants aver that additional time is needed to review discovery and complete investigation in order to determine the need for pretrial motions. This is a drug conspiracy case with forty-four co-defendants and discovery is voluminous. The United States did not oppose the motions.

For those reasons and reasons stated on the record, defendants have shown good cause to grant the relief requested in the motion. Notwithstanding the exercise of due diligence, counsel has not had sufficient time to discuss the cases and review discovery with the respective defendants. As a result, counsel has not had a reasonable amount of time in which to prepare adequately for the trial itself or even to determine the need to file pretrial motions. Defendants motions are **GRANTED**. All motions to adopt are likewise **GRANTED**.

The Court sets the following deadlines for this matter:

| New Scheduling Dates | |
|---|---|
| Trial Date | **November 27, 2018, at 9:00 a.m.** <br> **U.S. District Judge R. Leon Jordan** |

| Estimated length of trial | **3 weeks** |
|---|---|
| Final Pretrial Conference/Motion Hearing | **For Defendants David Emery, Alexander Milne, Edward Uthe, and Mitchell Dorris: October 24, 2018, at 1:30 p.m.**<br>**For Defendant Cameron Lowery: October 30, 2018, at 1:30 p.m.**<br>**For all other Defendants: October 22, 2018, at 1:30 p.m.** |
| Defendant's Pretrial Motions Due: | **October 4, 2018** |
| Government's Responses Due: | **October 18, 2018** |
| Plea Deadline | **November 13, 2018** |
| Requests for Special Jury Instructions | **5 days before trial** |

For the reasons stated above, all time between the filing of this order and the new trial date identified above is hereby declared "excludable time" under the Speedy Trial Act. The ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

If Defendant and the United States enter into plea negotiations which prove successful, a full-executed plea agreement shall be filed on or before the plea deadline identified above with an exact copy simultaneously furnished to the chambers of the district judge. All provisions in the Order on Discovery and Scheduling not explicitly amended by this order shall remain in effect.

SO ORDERED:

s/ Clifton L. Corker
United States Magistrate Judge