UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:18-CR-17-028 |
| | ) | JUDGE JORDAN |
| CHRISTOPHER ALLEN REYNOLDS | ) | |

U.S.S.G. § 3E1.1(b) MOTION

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was filed electronically on October 23, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN