To Judge Jordan

Re: Christopher Reynolds

   I met Christopher Reynolds by his mother. She was my wifes distant cousin. My wife became sick with cancer. I was working a fulltime job, take care of my children after school all the while I was still taking care of my wife. As time went by my wife became even more sick. I fell behind on outside yard work. The gutters were full and needed cleaning. My yard once voted best looking yard, was grown over with weeds. I just didn't have anytime to even start yard work. So, it just didn't get mowed or cleaned. I was tired, emotionally & physically drained.

   My wifes cousin knew what I was up against. She helped all she could. But by way of conversation with her son she had told him about my situation. I came home from work. My yard was mowed, weedeated, driveway clean. It was my yard again.

and yes my gutters were cleaned and fixed. Even clipped the hedge bushes.

He would never let me pay him. He never took money! He done this out of a kind heart full of compassion. He didn't have to, he didn't even know me, he chose to. I can't express how this young man helped me and my family. I appreciate all he done.

He's a man, from what I understand that lost his fiancé, so I can relate on how he feels and hurts, as I did loose my wife due to her illness. I understand how confused, angry, heart etc that he felt. I felt the same. As he continued to do work around my house + the conversations we shared, I was seeing a man who cared and loved helping people. He felt needed. He felt good about himself.

If he ever needs anything the young man can call me anytime.

He is a good person, he's good for his family, friends + community. I greatly appreciate all he done for myself and my family.

Thank you Christopher Reynolds.
And thank you Judge Jordan.

Any questions or concerns please feel free to contact me.

423·383·4136 work
423·878-2273 home

Thank You,
Larry W. Swift Jr.