**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CRIMINAL MINUTES – SENTENCING AND JUDGMENT**

**U.S.A. vs. CHRISTOPHER ALLEN REYNOLDS**          **Date:** January 3, 2019

**Case No:** 2:18-cr-17          **At:** Greeneville

**PROCEEDINGS:** Sentencing.

**PRESENT: HONORABLE R. LEON JORDAN, UNITED STATES DISTRICT JUDGE**

| Leah Cassanego | Karen J. Bradley | Rob Reeves/Greg Bowman |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

| Forrest L. Wallace | | Karen L. Calhoun |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present: USMS. CSO**

**PROCEEDINGS:**
[X] Defendant given opportunity to speak and                    [X] speaks
[X] Defense Motion for downward departure                    [X] denied
[X] Govt. moves for third point reduction for acceptance of responsibility          [X] granted
[X] COURT PRONOUNCES JUDGMENT:
The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **140 months** as to **Count One** of the Indictment. This sentence shall run **concurrently** to any anticipated sentence in Docket Number 18000021-00 in the Circuit Court for Carroll County, Virginia. Additionally, this Court's sentence shall run **consecutively** to any probation revocation sentence imposed in the following Sullivan County, Tennessee, General Sessions Court cases: Docket Numbers RR27338, 2015RR28564, and 2015RR29091. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA.  The defendant shall comply with the special conditions set forth in the J&C.
[X] Special Assessment: $100.00
[X] Fine waived
[X] Court Recommends:
The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. It is further recommended the defendant participate in educational classes and vocational training to learn a trade or other marketable skills while incarcerated. Lastly, the Court will recommend the defendant be designated to the BOP facility at Butner, NC or Beckley, WV.
[X] Placed in custody of U.S. Marshal                    **Time:** 9:56 a.m. **to** 10:20 a.m.